UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE MILLS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA MEDICAL FACILITY,<br><br>Defendants. | No. 2: 16-cv-2766 JAM KJN P<br><br><br>FINDINGS & RECOMMENDATIONS |

On November 22, 2016, plaintiff filed a habeas corpus petition. (ECF No. 1.) On December 23, 2016, the undersigned issued an order construing this action as a civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 11.) Plaintiff was directed to file a civil rights complaint within thirty days. (Id.) Thirty days passed and plaintiff did not file a civil rights complaint or otherwise respond to the December 23, 2016 order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that

1

failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  February 10, 2017

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mill2766.fta