UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE MILLS,<br><br>  Petitioner,<br><br>  v.<br><br>CALIFORNIA MEDICAL FACILITY, et al.,<br><br>  Respondents. | No. 2: 16-cv-2766 JAM KJN P<br><br>ORDER |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 29, 2017, the court dismissed this action based on petitioner's failure to exhaust state court remedies. (ECF No. 18.)

On August 8, 2019, petitioner filed a motion to reopen this action. (ECF No. 19.) After reviewing the motion to reopen, the court finds that petitioner has not shown good cause to reopen this action.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion to reopen this action (ECF No. 19) is denied.

DATED: September 24, 2019

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE

1