UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE MILLS,<br><br>    Petitioner,<br><br>  v.<br><br>CALIFORNIA MEDICAL FACILITY, et al.,<br><br>    Respondents. | No. 2:16-cv-2766 JAM KJN P<br><br><br>ORDER |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 29, 2017, this action was dismissed based on petitioner's failure to exhaust state court remedies. (ECF No. 17.) On September 24, 2019, the court denied petitioner's August 8, 2019 motion to reopen this action. (ECF No. 20.) Petitioner appealed the September 24, 2019 order to the Ninth Circuit Court of Appeals. (ECF Nos. 21, 22.) Petitioner's appeal is pending with the Ninth Circuit.

On December 9, 2019, petitioner filed a motion to reopen this action (ECF No. 29), a motion for appointment of counsel (ECF No. 30), a motion for transcripts (ECF No. 31) and an amended complaint (ECF No. 32). Because petitioner's appeal is pending with the Ninth Circuit, the pleadings filed by petitioner on December 9, 2019 are disregarded.

////

Accordingly, IT IS HEREBY ORDERED that petitioner's pleadings filed December 9, 2019 (ECF Nos. 29, 30, 31, 32) are disregarded.

Dated: December 30, 2019

_KENDALL J. NEWMAN_
UNITED STATES MAGISTRATE JUDGE

mill2766.110